Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: Thomas J. Bubryckie, Jr.

Debtor(s)

Case No.: 15-21415
Judge:
Chapter: 13

## SECOND MODIFIED CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: _____

### THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

### YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

| Part 1: Payment and Length of Plan |
|---|

a. The Debtor shall pay __100.00 Monthly__ to the Chapter 13 Trustee, starting on __July 1, 2016__ for approximately __36__ months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property
  Description: 76 South Road Chester, NJ 07930
  Proposed date for completion: 7/31/2017

- ☐ Refinance of real property
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ Other information that may be important relating to the payment and length of plan:
South Road home to be sold- proceeds used to fund 100% plan including repayment of mortgage arrears on Frog Hollow Road

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Joan Sirkis Lavery ~JL4841 | Attorney Fees | 2,000.00 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank, assignee of Hudson City Savings Bank | home: Location: 10 Frog Hollow Road, Califon NJ 07830 | 129,631.07 | 0.00 | 0.00 | 2057.00 |

b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated

as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| MTGLQ Investors, assignee of former Chase Bank | Inherited property located at 76 South Road, Chester, NJ | unknown |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____  Not less than $____ to be distributed *pro rata*

__X__  Not less than __100__ percent

____  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
- ☑ Upon Confirmation
- ☐ Upon Discharge

**b. Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims

3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| although actively trying to sell the property located at 76 South Road, Chester, NJ since the filing, the property still has not sold. Also, Hudson City mortgage has been assigned to M&T Bank and Chase mortgage has been assigned to MTGLQ Investors. | sale date for 76 South Road, Chester, NJ is being changed to July 31, 2017. Also, reference is being made to the assignments of the mortgages from Hudson City to M&T Bank and from Chase Mortgage to MTGLQ Investors. |

Are Schedules I and J being filed simultaneously with this modified Plan?   ☐ Yes   ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    December 22, 2016          /s/ Joan Sirkis Lavery
                                   Joan Sirkis Lavery
                                   Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   December 22, 2016          /s/ Thomas J. Bubryckie, Jr.
                                   Thomas J. Bubryckie, Jr.
                                   Debtor

Date:   _____             _____
                                   Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J. Bubryckie, Jr.  
    Debtor

Case No. 15-21415-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Dec 27, 2016  
                Form ID: pdf901    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.
```
db             +Thomas J. Bubryckie, Jr.,    10 Frog Hollow Road,    Califon, NJ 07830-3549
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESS,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515573757      +CNH Industrial Capital America,    PO BOx 3600,    Lancaster, PA 17604-3600
515573754       Capital One Bank,    PO Box 70884,    Charlotte, NC 282720884
515786528       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515573755       Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
515573756       Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
515573758      +Craner,Satkin & Scheer, P.A.,    320 Park Ave,    Scotch Plains, NJ 07076-1100
515573760      +HSBC BANK,    PO Box 9,    Buffalo, NY 14240-0009
515644492      +Hudson City Savings Bank,    c/o Parker McCay P.A.,    9000 Midlantic Dr., Suite 300,
                 Mt. Laurel, NJ 08054-1539
515573763       Morristown Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
515573764      +Morristown Medical Center,    17 Prospect Street,    Morristown, NJ 07960-6862
515573765      +Morristown Memorial Hospital,    P.O. Box 10219,    Newark, NJ 07193-0219
515573766      +Morristown Pathology Assoc, PA,    PO Box 190,    Convent Station, NJ 07961-0190
515573767      +Panther Valley Property Owners Associati,    PO Box 54,    Allamuchy, NJ 07820-0054
515573770      +SST/CIGPFI Corp,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
515573771      +SST/SYNOVUS,    4315 Picket Road,    Saint Joseph, MO 64503-1600
515573773       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515573774     #+Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    P.O. Box 1024,
                 Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 02:42:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 02:42:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515573759      +E-mail/Text: mmbk@fenton-mcgarvey.com Dec 28 2016 02:42:00
                 Fenton & McGarvey Law Firm, P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
515573761      +E-mail/Text: camanagement@mtb.com Dec 28 2016 02:42:31     Hudson City Savings Bank,
                 west 80 century road,    Paramus, NJ 07652-1478
515947238      +E-mail/Text: camanagement@mtb.com Dec 28 2016 02:42:31     M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203,
                 M&T Bank, et al 14203-1420
515947237      +E-mail/Text: camanagement@mtb.com Dec 28 2016 02:42:31     M&T Bank, et al,    c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420
515573768       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2016 23:59:16
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
515782921       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2016 23:59:16
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
515573769      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2016 01:40:16
                 Portfolio Recovery Assiociates,    140 Corporate BLVD,    Norfolk, VA 23502-4952
515748207      +Fax: 866-311-5818 Dec 28 2016 03:59:20     Systems & Services Technologies, Inc (SST),
                 4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                                TOTAL: 10
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515573753       Atlantic Healthcare
515573762       Medical Hospital and Doctors
515573772       tenant
515640767*     +Hudson City Savings Bank,    West 80 Century Road,    Paramus, NJ 07652-1478
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Case 15-21415-MBK    Doc 45    Filed 12/29/16    Entered 12/30/16 00:28:25    Desc Imaged
Certificate of Notice    Page 7 of 7

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 27, 2016
                              Form ID: pdf901          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
           BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joan Sirkis Warren    on behalf of Debtor Thomas J. Bubryckie, Jr. joan@joanlaverylaw.com
          Joel A. Ackerman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered
           savings bank organized and existing under the laws of the State of Delaware
           jackerman@zuckergoldberg.com
          Lynn Therese Nolan    on behalf of Creditor    M&T Bank, et al LNolan@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael E. Blaine    on behalf of Creditor    M&T Bank successor by merger to Hudson City Savings
           Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                             TOTAL: 11
```