NOTICE OF OBJECTION TO CONFIRMATION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

    1.    File with the Court an answer, explaining your position at:

**Clerk**
**U.S. Bankruptcy Court**
**402 E. State Street**
**Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC | Albert Russo |
| 400 Fellowship Road, Suite 100 | Standing Chapter 13 Trustee |
| Mt. Laurel, NJ 08054 | CN 4853 |
| | Trenton, NJ 08650-4853 |

    2.    Attend the hearing scheduled to be held on 05/22/2018 in the TRENTON Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court**
**402 E. State Street**
**Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: May 9, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 808944**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE
HOME FINANCE LLC

| In Re:<br> Thomas J. Bubryckie, Jr a/k/a<br> Thomas J Bubryckie<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13 |
| --- | --- |

Case No. 15-21415 - MBK
Hearing Date: 05/22/2018

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC, the holder of a Mortgage on debtor residence located at 76 SOUTH ROAD, CHESTER, NJ 07930 hereby objects to the Confirmation of the debtor proposed Chapter 13 Plan on the following grounds:

1. Debtor's Chapter 13 Modified Plan proposes to surrender the property located at 76 SOUTH ROAD, CHESTER, NJ 07930. Paragraph #4(e) entitled "Surrender" includes the following language with regard to the subject property:

   Remaining Unsecured Debt: None

2. Secured Creditor objects to the inclusion of that language in the event Secured Creditor chooses to pursue a deficiency action under state law. Accordingly, Secured Creditor requests that language be stricken.

   WHEREFORE, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC respectfully requests that the Confirmation of Debtor Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: May 9, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

808944
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, SUCCESSOR BY
MERGER TO CHASE HOME FINANCE LLC

| | |
|---|---|
| In Re: | Case No:  15-21415 - MBK |
| Thomas J. Bubryckie, Jr a/k/a | Hearing Date: _____ |
| Thomas J Bubryckie | Judge:  MICHAEL B KAPLAN |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.   I, MIGUEL ZAVALA:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.   On May 10, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __May 10, 2018_____        /s/  _MIGUEL ZAVALA_____
                                                                              MIGUEL ZAVALA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas J. Bubryckie, Jr.<br>10 Frog Hollow Road<br>Califon, NJ 07830 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Joan Sirkis Warren<br>Lavery & Sirkis<br>699 Washington St<br>Suite 103<br>Hackettstown, NJ 07840 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2