Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  15−21415−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Bubryckie Jr.
   10 Frog Hollow Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2473

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             10/9/18
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 11, 2018
JAN: amg

                                               Jeanne Naughton
                                               Clerk, U. S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                                          Case No. 15-21415-MBK
Thomas J. Bubryckie, Jr.                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 132             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db            +Thomas J. Bubryckie, Jr.,    10 Frog Hollow Road,    Califon, NJ 07830-3549
aty           +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                Mountainside, NJ 07092-2315
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESS,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515573757    #+CNH Industrial Capital America,    PO BOx 3600,    Lancaster, PA 17604-3600
515573756     Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
515573758    +Craner,Satkin & Scheer, P.A.,    320 Park Ave,    Scotch Plains, NJ 07076-1100
515573760    +HSBC BANK,    PO Box 9,    Buffalo, NY 14240-0009
515644492    +Hudson City Savings Bank,    c/o Parker McCay P.A.,    9000 Midlantic Dr., Suite 300,
                Mt. Laurel, NJ 08054-1539
516881165    +M&T Bank as s/b/m to Hudson City Savings Bank,    c/o Schiller Knapp Lefkowitz Hertzel LLP,
                Post Office Box 840,    Buffalo, New York 14240-0840
515573766   ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,    HACKETTSTOWN NJ 07840-0500
               (address filed with court: Morristown Pathology Assoc, PA,    PO Box 190,
                Convent Station, NJ 07961)
515573763     Morristown Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
515573764    +Morristown Medical Center,    17 Prospect Street,    Morristown, NJ 07960-6862
515573765    +Morristown Memorial Hospital,    P.O. Box 10219,    Newark, NJ 07193-0219
515573767    +Panther Valley Property Owners Associati,    PO Box 54,    Allamuchy, NJ 07820-0054
515573770    +SST/CIGPFI Corp,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
515573771    +SST/SYNOVUS,    4315 Picket Road,    Saint Joseph, MO 64503-1600
515573773     The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:02      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515573754      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 23:17:33      Capital One Bank,
                PO Box 70884,    Charlotte, NC 282720884
515786528      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 23:15:37
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC   28272-1083
515573755      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 23:17:33
                Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
515573759     +E-mail/Text: bknotices@fenton-mcgarvey.com Sep 11 2018 23:24:07
                Fenton & McGarvey Law Firm, P.S.C.,    2401 Stanley Gault Parkway,   Louisville, KY 40223-4175
515573761     +E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      Hudson City Savings Bank,
                west 80 century road,    Paramus, NJ 07652-1437
515947238     +E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      M&T Bank, et al,   c/o M&T Bank,
                Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,   Buffalo, NY 14203,
                M&T Bank, et al 14203-1420
515947237     +E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      M&T Bank, et al,   c/o M&T Bank,
                Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
515573768      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:15:39
                Portfolio Recovery,    120 Corporate Blvd,   Norfolk, VA 23502
515782921      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:17:36
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
515573769     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 23:17:36
                Portfolio Recovery Assiociates,    140 Corporate BLVD,   Norfolk, VA 23502-4952
515748207     +Fax: 866-311-5818 Sep 11 2018 23:46:24      Systems & Services Technologies, Inc (SST),
                4315 Pickett Road,   St. Joseph, MO 64503-1600
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515573753       Atlantic Healthcare
515573762       Medical Hospital and Doctors
515573772       tenant
515640767*     +Hudson City Savings Bank,    West 80 Century Road,   Paramus, NJ 07652-1437
515573774    ##+Zucker Goldberg & Ackerman,   200 Sheffield Street, Suite 301,    P.O. Box 1024,
                Mountainside, NJ 07092-0024
                                                                                              TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor     HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Thomas J. Bubryckie, Jr. joan@joanlaverylaw.com
              Lynn Therese Nolan    on behalf of Creditor    M&T Bank, et al ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Michael E. Blaine    on behalf of Creditor    M&T Bank successor by merger to Hudson City Savings
               Bank
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com
              Richard James Tracy, III    on behalf of Creditor    M&T Bank, et al rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
                                                                                             TOTAL: 12