Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−21415−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Bubryckie Jr.
   10 Frog Hollow Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2473

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 20, 2017.

On 9/26/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              October 23, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 26, 2018
JAN: amg

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 15-21415-MBK
Thomas J. Bubryckie, Jr.                                               Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: 185                 Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Thomas J. Bubryckie, Jr.,    10 Frog Hollow Road,    Califon, NJ 07830-3549
aty            +Joel A. Ackerman,   Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESS,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515573757     #+CNH Industrial Capital America,    PO BOx 3600,   Lancaster, PA 17604-3600
515573756      Chase Home Finance,   PO Box 78420,    Phoenix, AZ 85062-8420
515573758     +Craner,Satkin & Scheer, P.A.,    320 Park Ave,   Scotch Plains, NJ 07076-1100
515573760     +HSBC BANK,   PO Box 9,   Buffalo, NY 14240-0009
515644492     +Hudson City Savings Bank,    c/o Parker McCay P.A.,   9000 Midlantic Dr., Suite 300,
                 Mt. Laurel, NJ 08054-1539
516881165     +M&T Bank as s/b/m to Hudson City Savings Bank,    c/o Schiller Knapp Lefkowitz Hertzel LLP,
                 Post Office Box 840,   Buffalo, New York 14240-0840
515573766    ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,   HACKETTSTOWN NJ 07840-0500
               (address filed with court: Morristown Pathology Assoc, PA,    PO Box 190,
                 Convent Station, NJ 07961)
515573763      Morristown Emergency Medical Associates,    PO Box 417442,   Boston, MA 02241-7442
515573764     +Morristown Medical Center,   17 Prospect Street,    Morristown, NJ 07960-6862
515573765     +Morristown Memorial Hospital,    P.O. Box 10219,   Newark, NJ 07193-0219
515573767     +Panther Valley Property Owners Associati,    PO Box 54,   Allamuchy, NJ 07820-0054
515573770     +SST/CIGPFI Corp,   4315 Pickett Road,    Saint Joseph, MO 64503-1600
515573771     +SST/SYNOVUS,   4315 Picket Road,   Saint Joseph, MO 64503-1600
515573773      The Home Depot/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515573754      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:45     Capital One Bank,
                 PO Box 70884,   Charlotte, NC 282720884
515786528      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
515573755      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:34:28
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
515573759     +E-mail/Text: bknotices@fenton-mcgarvey.com Sep 27 2018 00:29:07
                 Fenton & McGarvey Law Firm, P.S.C.,    2401 Stanley Gault Parkway,   Louisville, KY 40223-4175
515573761     +E-mail/Text: camanagement@mtb.com Sep 27 2018 00:29:38     Hudson City Savings Bank,
                 west 80 century road,   Paramus, NJ 07652-1437
515947238     +E-mail/Text: camanagement@mtb.com Sep 27 2018 00:29:38     M&T Bank, et al,   c/o M&T Bank,
                 Mortgage Payment Processing,   One Fountain Plaza, 7th Floor,   Buffalo, NY 14203,
                 M&T Bank, et al 14203-1420
515947237     +E-mail/Text: camanagement@mtb.com Sep 27 2018 00:29:38     M&T Bank, et al,   c/o M&T Bank,
                 Mortgage Payment Processing,   One Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
515573768      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:45:38
                 Portfolio Recovery,   120 Corporate Blvd,   Norfolk, VA 23502
515782921      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:45:15
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
515573769     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:46:03
                 Portfolio Recovery Assiociates,   140 Corporate BLVD,   Norfolk, VA 23502-4952
515748207     +Fax: 866-311-5818 Sep 27 2018 00:39:05     Systems & Services Technologies, Inc (SST),
                 4315 Pickett Road,   St. Joseph, MO 64503-1600
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515573753      Atlantic Healthcare
515573762      Medical Hospital and Doctors
515573772      tenant
515640767*    +Hudson City Savings Bank,   West 80 Century Road,   Paramus, NJ 07652-1437
515573774   ##+Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 301,   P.O. Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                   TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Sep 26, 2018
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com
              Brian E Caine     on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine     on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Craig Scott Keiser     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO CHASE HOME FINANCE LLC craig.keiser@phelanhallinan.com
              Denise E. Carlon     on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren     on behalf of Debtor Thomas J. Bubryckie, Jr. joan@joanlaverylaw.com
              Lynn Therese Nolan     on behalf of Creditor    M&T Bank, et al ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Michael E. Blaine     on behalf of Creditor    M&T Bank successor by merger to Hudson City Savings
               Bank
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Nicholas V. Rogers     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR
               BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com
              Richard James Tracy, III    on behalf of Creditor     M&T Bank, et al rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
                                                                                             TOTAL: 13
```