| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE |
| In Re:<br><br>**THOMAS J. BUBRYCKIE, JR**<br>Debtors |

Case No: 15-21415 MBK

Chapter 13

Hearing Date: 10/23/18

Judge: Michael B. Kapla

# STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN

The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtors' Modified Plan for the following reasons:

1. The modified plan does not propose to pay the required threshold dividend to general unsecured creditors as determined by the originally confirmed plan.

WHEREFORE, the Standing Chapter 13 Trustee objects to Debtors' Modified Plan.

DATED:    10/16/18                                              By:    /s/ *Albert Russo*
                                                                                 Albert Russo, Standing Chapter 13 Trustee
                                                                                 By: David A. Martin , Staff Attorney