**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas J. Bubryckie Jr. | Social Security number or ITIN    xxx–xx–2473 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–21415–MBK | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas J. Bubryckie Jr.

10/26/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 15-21415-MBK
Thomas J. Bubryckie, Jr.                                                                                 Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 26, 2020 | Form ID: 3180W | Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Bubryckie, Jr., 10 Frog Hollow Road, Califon, NJ 07830-3549 |
| aty | + | Joel A. Ackerman, Zucker Goldberg & Ackerman, 200 Sheffield Street, Suite 301, Mountainside, NJ 07092-2315 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESS, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515573759 | + | Fenton & McGarvey Law Firm, P.S.C., 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 515644492 | + | Hudson City Savings Bank, c/o Parker McCay P.A., 9000 Midlantic Dr., Suite 300, Mt. Laurel, NJ 08054-1539 |
| 516881165 | + | M&T Bank as s/b/m to Hudson City Savings Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240-0840 |
| 515573766 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc, PA, PO Box 190, Convent Station, NJ 07961 |
| 515573763 | | Morristown Emergency Medical Associates, PO Box 417442, Boston, MA 02241-7442 |
| 515573764 | + | Morristown Medical Center, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 515573765 | + | Morristown Memorial Hospital, P.O. Box 10219, Newark, NJ 07193-0219 |
| 515573767 | + | Panther Valley Property Owners Associati, PO Box 54, Allamuchy, NJ 07820-0054 |
| 515573770 | + | SST/CIGPFI Corp, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 515573771 | + | SST/SYNOVUS, 4315 Picket Road, Saint Joseph, MO 64503-1600 |
| 515573774 | + | Zucker Goldberg & Ackerman, 200 Sheffield Street, Suite 301, P.O. Box 1024, Mountainside, NJ 07092-0024 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2020 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2020 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515573754 | EDI: CAPITALONE.COM | Oct 27 2020 00:13:00 | Capital One Bank, PO Box 70884, Charlotte, NC 282720884 |
| 515786528 | EDI: CAPITALONE.COM | Oct 27 2020 00:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515573755 | EDI: CAPITALONE.COM | Oct 27 2020 00:13:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 515573760 | + EDI: HFC.COM | Oct 27 2020 00:13:00 | HSBC BANK, PO Box 9, Buffalo, NY 14240-0009 |
| 515573761 | + Email/Text: camanagement@mtb.com | Oct 26 2020 20:51:00 | Hudson City Savings Bank, west 80 century road, Paramus, NJ 07652-1437 |
| 515573756 | EDI: JPMORGANCHASE | Oct 27 2020 00:13:00 | Chase Home Finance, PO Box 78420, Phoenix, AZ 85062-8420 |

Case 15-21415-MBK  Doc 95  Filed 10/28/20  Entered 10/29/20 00:39:38  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 515947237 | + | Email/Text: camanagement@mtb.com | Oct 26 2020 20:51:00 | M&T Bank, et al, c/o M&T Bank, Mortgage Payment Processing, One Fountain Plaza, 7th Floor, Buffalo, NY 14203-1420 |
| 515947238 | + | Email/Text: camanagement@mtb.com | Oct 26 2020 20:51:00 | M&T Bank, et al, c/o M&T Bank, Mortgage Payment Processing, One Fountain Plaza, 7th Floor, Buffalo, NY 14203, M&T Bank, et al 14203-1420 |
| 515573768 | | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 515782921 | | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 515573769 | + | EDI: PRA.COM | Oct 27 2020 00:13:00 | Portfolio Recovery Assiociates, 140 Corporate BLVD, Norfolk, VA 23502-4952 |
| 515748207 | + | Email/Text: bankruptcysst@alorica.com | Oct 26 2020 20:50:00 | Systems & Services Technologies, Inc (SST), 4315 Pickett Road, St. Joseph, MO 64503-1600 |
| 515573773 | | EDI: CITICORP.COM | Oct 27 2020 00:13:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515573753 | | Atlantic Healthcare |
| 515573762 | | Medical Hospital and Doctors |
| 515573772 | | tenant |
| 515640767 | *+ | Hudson City Savings Bank, West 80 Century Road, Paramus, NJ 07652-1437 |
| 515573757 | ##+ | CNH Industrial Capital America, PO BOx 3600, Lancaster, PA 17604-3600 |
| 515573758 | ##+ | Craner,Satkin & Scheer, P.A., 320 Park Ave, Scotch Plains, NJ 07076-1100 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2020           Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 3180W | Total Noticed: 29 |

Albert Russo (NA)
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC andrew.spivack@brockandscott.com

Brian E Caine
    on behalf of Creditor M&T Bank  et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian E Caine
    on behalf of Creditor HUDSON CITY SAVINGS BANK bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Craig Scott Keiser
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joan Sirkis Warren
    on behalf of Debtor Thomas J. Bubryckie  Jr. joan@joanlaverylaw.com

Lynn Therese Nolan
    on behalf of Creditor M&T Bank  et al ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Michael E. Blaine
    on behalf of Creditor M&T Bank successor by merger to Hudson City Savings Bank tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

Nicholas V. Rogers
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC nj.bkecf@fedphe.com

Richard James Tracy, III
    on behalf of Creditor M&T Bank successor by merger to Hudson City Savings Bank rtracy@hillwallack.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor M&T Bank  et al rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

TOTAL: 14